|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration      *E-FILED 4/5/07*<br>GERALYN A. GULSETH, SBN 160872 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8923<br>Facsimile:   (415) 744-0134 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CYNTHIA MENDEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. C-04-01663 RS |
| v. | ) | STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT |
| MICHAEL ASTRUE[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

By Order filed on June 28, 2004, 2004, the Court remanded the above-captioned case before answer under sentence six of 42 U.S.C. § 405(g). On remand, Plaintiff received an administrative law judge (ALJ) decision dated June 28, 2006 (See attached Notice of Decision).

WHEREFORE the parties to this action, through their respective undersigned attorneys, with the approval of the Court, hereby stipulate that the Court shall direct the Clerk to enter a final judgment, thereby affirming the Commissioner's final decision on remand.

//

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1
2
3  Dated: *March 28, 2007*          By:    /s/  *harvey sackett*
                                          (*As authorized via facsimile on March 28, 2007*)
4                                          HARVEY SACKETT
                                          Attorney at Law
5
                                          Attorney for Plaintiff
6
7                                          SCOTT N. SCHOOLS
                                          United States Attorney
8                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel
9
10 Dated: *March 26, 2007*          By:    /s/ *geralyn a, gulseth*
                                          GERALYN A. GULSETH
11                                         Special Assistant United States Attorney

12                                         Attorneys for Defendant
13
14 PURSUANT TO STIPULATION, IT IS SO ORDERED:

15 Dated: April 5, 2007
                                          _____
16                                         RICHARD SEEBORG
                                          United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

2