1  SCOTT N. SCHOOLS SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GERALYN A. GULSETH, SBN CA 160872         *E-FILED 4/27/07*
4  Special Assistant United States Attorney
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone: (415) 977-8943
6      Facsimile: (415) 744-0134

7  Attorneys for Defendant

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12

13 CYNTHIA MENDEZ,                  )    No. CV 04-01663-RS
                                    )
14            Plaintiff,            )
                                    )    STIPULATION AND ORDER
15     vs.                          )    AWARDING ATTORNEY FEES
                                    )    UNDER THE EQUAL ACCESS TO
                                    )    JUSTICE ACT (28 U.S.C.
16 MICHAEL J. ASTRUE,               )    § 2412(d)) AND COSTS (28 U.S.C. §
   Commissioner,                    )    1920)
17 Social Security,                 )
                                    )
18            Defendant.            )
                                    )
19

20
        IT IS HEREBY STIPULATED by and between the parties through their undersigned
21
   counsel, subject to the approval of the Court, that counsel for plaintiff be awarded fees under the
22
   Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND TWO HUNDRED
23
   DOLLARS ($3,200) and costs in the amount of ONE HUNDRED SEVENTY-THREE DOLLARS
24
   AND SIXTY-NINE CENTS ($173.69). This amount represents compensation for all legal services
25
   rendered on behalf of plaintiff by her attorney in connection with this civil action for services
26
   performed before the district court and before the agency following the sentence six remand, in
27
   accordance with 28 U.S.C. §§ 1920 and 2412(d).
28
        This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney

fees and costs, and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of THREE THOUSAND TWO HUNDRED dollars ($3,200) in fees and ONE HUNDRED SEVENTY-THREE DOLLARS AND SIXTY-NINE CENTS ($173.69) shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Dated: April __, 2007

Respectfully submitted,

By: /s/ harvey sackett
(As authorized via facsimile on April __, 2007)
HARVEY SACKETT
Attorney at Law

Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel

Dated: April 11, 2007

By: /s/ geralyn a. gulseth
GERALYN A. GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 4/27/07

RICHARD SEEBORG
United States Magistrate Judge